# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00932-CV

**In re Troy Nguyen**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and motion for emergency relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: November 26, 2025